THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* IRVING BITZ, Appellant.

(Argued October 16, 1934; decided November 20, 1934.)

*Harry G. Anderson, Max Fruchtman, Joseph H. Stein* and *James D. C. Murray* for appellant.

*William Copeland Dodge,* District Attorney (*John C. McDermott* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: LEHMAN, J.